IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL B. DORRELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-0895-CV-W-DW |
| ) | |
| LIQUID SOAP PRODUCTS, LTD. ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 43). Pursuant to Parties' Agreement, this case is DISMISSED WITH PREJUDICE, with each party to bear their own costs, including attorney fees. Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

/S/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: April 21, 2006